# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **vs.** | **)** | **CRIMINAL NO. 18-00056-CG** |
| | **)** | |
| **CHRISTOPHER ARAGON,** | **)** | |
| | **)** | |
| Defendant. | **)** | |

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States of

America's Motion for a Preliminary Order of Forfeiture (Doc. 85) for the

following real property:

> The residential real property located at 450 Wellington Street, Mobile,
> Alabama 36617, including all improvements thereon and
> appurtenances thereto, the legal description for which is as follows:
>
> Lot 12, Block B, Kelly Dell Subdivision, according to the plat thereof
> recorded in Map Book 6, pages 17-19, of the records in the Office of the
> Judge of Probate of Mobile County, Alabama.
>
> (hereinafter, the "Wellington Street residence").

Being fully advised of the relevant facts, the Court hereby finds that

the Wellington Street residence, identified above, is property which

constitutes or is derived from proceeds traceable to the offense to which the

defendant, Christopher Aragon, pleaded guilty, namely violation of 18 U.S.C.

§ 1349, Conspiracy to Commit Wire Fraud.    Pursuant to 18 U.S.C. §

981(a)(1)(C) and 28 U.S.C. § 2461(c), the Wellington Street residence is thus

property forfeitable to the United States.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED, ADJUDGED, and DECREED as follows:

Pursuant to 21 U.S.C. § 853, 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the asset identified above is hereby forfeited to the United States for disposition according to law.

This Order shall become a final order of forfeiture as to the defendant at his sentencing hearing.

Following issuance of this Order, pursuant to 21 U.S.C. § 853(n)(1) and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, and in accordance with the acceptable means of publication described by Rule 32.2(b)(6)(C), as further described in the provisions of Supplemental Rule G(4) of the Federal Rules of Civil Procedure, the United States shall publish notice of this order on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days.

The United States shall also send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

The United States shall have clear title to the property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in Title 21, United States Code, Section 853(n)(2) for the filing of third-party petitions.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, and to enforce this order, amend it, or enter any further order necessary for the forfeiture and disposition of such property.

**DONE and ORDERED** this 18th day of September, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE