# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 18-00056-CG |
| | ) | |
| CHRISTOPHER ARAGON | ) | |

## FINAL ORDER OF FORFEITURE

This cause now comes before the Court upon the United States' Motion for Final Order of Forfeiture (Doc. 97) for the following asset:

> The residential real property located at 450 Wellington Street, Mobile, Alabama 36617, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:
>
> Lot 12, Block B, Kelly Dell Subdivision, according to the plat thereof recorded in Map Book 6, pages 17-19, of the records in the Office of the Judge of Probate of Mobile County, Alabama.
>
> (hereinafter, the "residential real property at 450 Wellington Street").

The Court finds that the motion is due to be **granted** for the reasons set forth below:

On September 17, 2018, the United States filed a motion for preliminary order of forfeiture for the residential real property at 450 Wellington Street. Doc. 85. In that motion, the United States established the defendant's interest in the property and the nexus between the property and the defendant's offense of conviction for Count One of the Indictment. On September 18, 2018, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Rule 32.2(b), the Court entered a preliminary order of forfeiture for the residential real property at 450 Wellington Street. Doc. 87.

In accordance with the provisions of 21 U.S.C. § 853(n) and Rule

32.2(b)(6), the United States published notice of the forfeiture, and of its intent to dispose of the residential real property at 450 Wellington Street, on the official government website, www.forfeiture.gov, beginning on September 21, 2018, and ending on October 20, 2018.  Doc. 94.  The publication gave notice to all third parties with a legal interest in the property to file with the Clerk of the Court, 155 St. Joseph Street, Mobile, AL 36602, and a copy served upon Assistant United States Attorney Daryl A. Atchison, 63 South Royal Street, Suite 600, Mobile, AL 36602, a petition to adjudicate their interest within 60 days of the first date of publication.  *Id*.  Further, in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6), the United States properly noticed the only party known to have a potential interest in the property, Terry Franklin.  Doc. 91.  However, no party filed a petition or claimed an interest in the property, and the time for filing such petition has expired.

Thus, the United States has met all statutory requirements for the forfeiture of the residential real property at 450 Wellington Street.

**NOW, THEREFORE**, the Court having considered the matter and having been fully advised in the premises, it is hereby **ORDERED, ADJUDGED and DECREED** that for good cause shown, the United States' motion is **GRANTED**.  Under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, all right, title, and interest in the residential real property at 450 Wellington Street is **CONDEMNED, FORFEITED and VESTED** in the United States for disposition according to law; and

**IT IS FURTHER ORDERED** that the United States Marshals Service take the residential real property at 450 Wellington Street into its secure custody and control for disposition according to law; and,

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(7), the United States of America has clear title to the residential real property at 450 Wellington Street and may warrant good title to any subsequent purchaser or transferee; and

**IT IS FURTHER ORDERED** that the United States Marshals Service is hereby authorized to dispose of the residential real property at 450 Wellington Street in accordance with the law; and

**IT IS FURTHER ORDERED** that pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), the Preliminary Order of Forfeiture became final as to the defendant, Christopher Aragon, at the time of sentencing and was made a part of the sentence and included in the judgment upon timely request by the Government. Doc. 89.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**DONE and ORDERED** this 27th day of November, 2018.

/s/ Callie V. S. Granade
**SENIOR UNITED STATES DISTRICT JUDGE**